THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN T. HETTRICK, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JANET L. DURANT v. EDWARD C. CROWLEY, Individually, etc., Impleaded, etc.— Motion granted as indicated in memorandum *per curiam.* Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

GUY M. WALKER, Respondent, v. WESTERN ASSURANCE COMPANY OF THE CITY OF TORONTO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CONCOURSE ESTATES CORPORATION, Respondent, v. BELLMIL REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RUSSO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DANIEL F. KRUGER, Appellant, v. T. HOGAN & SONS, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of GEORGE H. SPANNUET, Respondent, v. HYMAN KESSELMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ESSANAY FILM MANUFACTURING COMPANY and Others, Respondents, v. PARROT FILMS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ESSANAY FILM MANUFACTURING COMPANY and Others, Respondents, v. PARROT FILMS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMERSON BUILDING COMPANY, Respondent, v. LILLIAN M. SORESI, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ABRAHAM GOLDBERG and Another, Respondents, v. BARNEY WALLER and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GIANT SILK MANUFACTURERS, INC., Respondent, v. A. W. COWEN & BROS., a New York Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ESTELLE BRUNOR, Appellant, v. EMILE BRUNOR, Respondent.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO KRAVITZ, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.